**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | CASE NO. 25-32075-SGJ7 |
| Alleo Holding Corporation, § | |
|     Debtor. § | Chapter 7 |
| § | |
| U.S. Bank Trust National Association, as § | |
| Trustee of Brackenridge Mortgage Trust, § | |
|     Movant. § | HEARING DATE: |
| § | |
| v. § | TIME: |
| § | |
| Alleo Holding Corporation, Debtor, § | |
| Daniel J Sherman, Ch 7 Trustee, § | JUDGE: Hon. Stacey G Jernigan |
|     Respondents. § | |

**ORDER LIFTING STAY**

On this day, _____ ("**Movant**") presented *U.S. Bank Trust National Association, as Trustee of Brackenridge Mortgage Trust's Motion for Relief from Stay Regarding Property Located at 1733 Greenfield Avenue, Fort Worth, Texas 76102 Pursuant to 11 U.S.C. § 362(d) and Waiver of Thirty Day Requirement Pursuant to § 362(e)* ("**Motion**") pursuant to 11 U.S.C. § 362(d) and waiver of the thirty (30) day requirement pursuant to § 362(e). The Court finds:

The Motion was properly and timely served on _____ and no written response has been timely filed, therefore, the Motion should be granted. It is therefore:

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is terminated as to Movant, U.S. Bank Trust National Association, as Trustee of Brackenridge Mortgage Trust, and its successors and assigns, and the following described property:

> Lot 15, Block 3, of Greenway Place, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the Map or Plat thereof recorded in Volume 1639, Page 428, Plat Records of Tarrant County, Texas.

Commonly known as: 1733 Greenfield Avenue, Fort Worth, Texas 76102 ("**Property**").

It is FURTHER ORDERED that the provision of FED. R. BANKR. P. 4001(a)(3) is waived and Movant, U.S. Bank Trust National Association, as Trustee of Brackenridge Mortgage Trust, its successors and assigns, may immediately enforce and implement this order lifting stay and exercise Movant's rights under the loan documents, including, but not limited to, foreclosure in accordance with the Note and Deed of Trust.

### END OF ORDER ###

APPROVED TO FORM AND SUBSTANCE
AND ENTRY REQUESTED

GHIDOTTI BERGER, LLP

By:   /s/ Jessica Henry
Jessica Henry, Esq.
Texas State Bar No. 24119431
16801 Addison, Rd, Suite 350
Addison, Texas 75001
Tel: (949) 427-2010
Fax: (469) 713-3194
Email: bknotifications@ghidottiberger.com
COUNSEL FOR MOVANT