## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-32075 |
| **Alleo Holdings Corporation** | § | |
| | § | |
| | § | |
| Debtor(s), | § | Chapter 7 |
| | § | |
| **U.S. Bank Trust National Association, as** | § | |
| **Trustee for LB-Treehouse Series VI Trust** | § | Hearing Date: February 5, 2026 |
| Movant, | § | Hearing Time: 1:30pm |
| | § | |
| **Alleo Holdings Corporation** | § | |
| | § | |
| Respondent(s). | § | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

On this day came on for consideration the Motion for Relief from Automatic Stay filed by U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust, its successors and assigns ("Movant") and it appears to the Court that proper notice to interested parties has been given under law, including the local Bankruptcy Rules, and that Respondents-Debtors, although timely and properly served as required by Local Bankruptcy Rules, failed to appear, file an

*ORDER GRANTING MOTION FOR RELIEF FROM STAY*         1

affidavit, answer or request for a hearing. Further, the Court finds that no other interested party has filed an objection to this motion or appeared in opposition thereto. Accordingly, the Court has determined that there has been no proper opposition to Movant's Motion, and therefore, it is ORDERED that:

The automatic stay of Section 362 of the Bankruptcy Code are hereby terminated with respect to the following property for purposes of permitting Movant, its successors and assigns, to proceed with foreclosure proceedings on the property located at 5504 Wheaton Drive, Fort Worth, TX 76133 or accepting a Deed in Lieu or consummating a short sale. The Property is more specifically described as follows:

Lot 11, Block 1, Wedgewood Addition, Section 1, an addition to the City of Fort Worth, Tarrant County, Texas, according to the map or plat thereof recorded in Volume 388-Z, Page 95, Plat Records of Tarrant County, Texas

IT IS FURTHER ORDERED that Movant, its successors in interest and/or assigns, is authorized to pursue its statutory and contractual rights and remedies, including to foreclose on and repossess the Property, pursuant to applicable non-bankruptcy law, accept a Deed in Lieu or consummate a Short Sale;

IT IS FURTHER ORDERED that upon termination of the stay Movant, its successors in interest and/or assigns, shall not be required to file any subsequent Notices of Mortgage Payment Change or Notices of Fees, Expenses of Charges, as to the Property;

IT IS FURTHER ORDERED that all communications including, notices required by state law, sent by Movant, its successors in interest and/or assigns, in connection with proceeding against the Property may be sent directly to the Debtor; and it is further

IT IS FURTHER ORDERED, that the requirement of Bankruptcy Rule 4001(a)(3) is hereby waived, making this order effective as of the date this order is signed and entered by the Court.

IT IS FURTHER ORDERED, that all funds forthcoming from the foreclosure sale shall be distributed in accordance with the terms of the Deed of Trust.

Movant's Attorney's signature on this agreed order constitutes a representation to the Court that Movant has complied with Local Rules 1 & 4001.

###END OF ORDER###

Respectfully submitted,

**ANDERSON VELA, LLP**

/S/ Richard E. Anderson
Richard E. Anderson
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
RAnderson@Andersonvela.com
Tel No.:     (214) 276-1545, Ext 207
Direct No.:  (214) 295 6423
Facsimile:   (214) 276-1546
**COUNSEL FOR MOVANT**