Richard E. Anderson
Texas Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Tel. (214) 276-1545
Fax. (214) 276-1546
RAnderson@AndersonVela.com
ANDERSON VELA, LLP
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-32075 |
| Alleo Holdings Corporation | § | CHAPTER 7 |
| | § | |
| Debtor, | § | |
| | § | |
| U.S. Bank Trust National Association, as | § | |
| Trustee for LB-Treehouse Series VI Trust | § | |
| Movant, | § | |
| | § | |
| Alleo Holdings Corporation | § | |
| | § | |
| Respondent. | § | |

PLEASE BE ADVISED THAT IT IS THE INTENTION OF MOVANT TO OFFER INTO EVIDENCE AT ANY HEARING ON THE MOTION FILED CONCURRENTLY WITH THIS AFFIDAVIT THIS AFFIDAVIT AND PAYMENT HISTORY PURSUANT TO THE FEDERAL RULES OF EVIDENCE, RULE 902(11). THIS AFFIDAVIT AND PAYMENT HISTORY ARE BEING PROVIDED TO YOU IN ADVANCE AS AN ADVERSE PARTY IN ORDER TO ALLOW YOU A FAIR OPPORTUNITY TO CHALLENGE SAID RECORDS. YOU ARE HEREBY PLACED ON NOTICE OF THIS INTENTION AS REQUIRED BY THE FEDERAL RULES OF EVIDENCE, RULE 902(11).

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR RELIEF FROM STAY**

**STATE OF CALIFORNIA**

**COUNTY OF HUMBOLDT**

Before me, the undersigned authority, on this day personally appeared, Sarah Wasson, known to me, who, being by me duly sworn upon oath deposed and stated:

"1.     My name is Sarah Wasson. I am over 18 years of age, of sound mind, and am otherwise fully competent to testify to the matters contained herein. I have knowledge of the facts stated herein, which knowledge is gained from my personal familiarity with the account described below and from my review of the relevant records of U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust, its successor and assigns ("Movant"). I am authorized to make this Affidavit on behalf of U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust. This affidavit is submitted in support of the motion seeking relief from the automatic stay ("the "Motion") by Movant in the above-captioned case. SN Servicing Corporation is the servicing agent for U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust and its successors and/or assigns and is authorized to sue on its own behalf.

2.     I am employed by SN Servicing Corporation as servicing agent for U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust. In my position with SN Servicing Corporation as servicing agent for U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust I have care, custody and control of the books, records, and documents kept by U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust that relate to an unpaid account owed to U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust by Alleo Holdings Corporation ("Debtor") the Debtor in the above Chapter 13 Bankruptcy Case. **Exhibits "A-C"** attached to the Motion are books and records

that relate to the Debtor's account with SN Servicing Corporation and/or Movant. I am familiar with said books, records, and documents, and I have examined said records for purposes of making this affidavit. All of said books, records, and documents are kept in the regular course of business and are made at or near the time of the transaction using information transmitted by person with personal knowledge of the facts. It is in the regular course of practice to make and keep these books, records, and documents, and all of said books, records, and documents are managed by employees or agents whose duty it is to keep the books, records, and documents accurately and completely.

3. U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust is the holder of a Promissory Note (the "Note") executed by Adonis Lockett as President/Secretary of Alleo Holdings Corporation, dated October 29, 2024, in the original amount of $240,000.00. A true and correct copy of the Note is attached as **Exhibit "A"** to the Motion and is incorporated herein by reference for all purposes.

4. The Note is secured by a Deed of Trust against 5504 Wheaton Drive, Fort Worth, TX 76133. A true and correct copy of the Deed of Trust, with evidence of transfers, is attached as **Exhibit "B"** to the Motion and is incorporated herein by reference for all purposes.

5. Good through January 11, 2026, the Debtor was in default on the post-petition monthly payments as follows:

> February 1, 2025 to August 1, 2025 @ $1,923.05 x 7 months = $13,461.35,
> September 1, 2025 to January 1, 2026 @ $2,174.77 x 5 months = $10,873.85,
> Plus post-petition charges of $3,300.73 for a total of $27,635.93.

An additional payment will come due on February 1, 2026, and on the 1st day of each month thereafter until the maturity of the Note. Attached to the Motion as **Exhibit "C"** is a true and correct REDACTED copy of the post-petition arrearage accounting reflecting all payments,

*AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF* 3

credits, and other fees and costs with respect to the loan described above. By failing to make the regular monthly installment payments due pursuant to the loan documents, the Debtor has not provided adequate protection to Movant.

6. The payoff on the Note was $291,670.53, good through January 11, 2026, which includes all advances made, attorney fees, costs, and other authorized fees and charges, and interest accruing thereon in accordance with the loan documents.

7. U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust has had to retain counsel to represent it in this bankruptcy and has incurred legal expenses of at least $1,225.00 for handling the Motion for Relief from Stay plus the court filing fee of $199.00 for a total of $1,424.00.

8. I solemnly affirm under the penalty of perjury and upon personal knowledge that the contents of the foregoing affidavit, and I am submitting this affidavit on behalf of Creditor, U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust.

FURTHER AFFIANT SAYETH NOT."

SN Servicing Corporation, as authorized servicing agent for U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series VI Trust

By: *Sarah Wasson*
Sarah Wasson

*Please see the attached California notarial certificate. Thank you.*

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of Humboldt )

Subscribed and sworn to (or affirmed) before me on this **18** day of **December**, 20**25**, by **Sarah Wasson**,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANGELA K. VIALE
Notary Public - California
Humboldt County
Commission # 2392060
My Comm. Expires Feb 24, 2026

(Seal)

Signature _Angela K Viale_

Comm Expires: 2/24/2026

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

This certificate is attached to a document titled/for the purpose of

Affidavit in support of Motion for Relief from Stay.

containing **4** pages, and dated **12/18/25**

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
[X] form(s) of identification  [ ] credible witness(es)

Notarial event is detailed in notary journal on:
Page # **45**  Entry # **4**

Notary contact: 707.476.2685

Other
[X] Affiant(s) Thumbprint(s)  [ ] Describe: _____

© Copyright 2007-2018 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.    Item Number 101884. Please contact your Authorized Reseller to purchase copies of this form.