**Richard E. Anderson**
**Texas Bar No. 01209010**
**4920 WESTPORT DRIVE**
**THE COLONY, TX  75056**
**Tel. (214) 276-1545**
**Fax. (214) 276-1546**
**RAnderson@andersonvela.com**
**Attorney for Creditor**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO.  25-32075** |
| **Alleo Holdings Corporation** | § | |
| | § | |
| | § | |
| Debtor(s), | § | **Chapter 7** |
| | § | |
| **U.S. Bank Trust National Association, as** | § | |
| **Trustee for LB-Treehouse Series VI Trust** | § | **Hearing Date: February 5, 2026** |
| Movant, | § | **Hearing Time: 1:30pm** |
| | § | |
| **Alleo Holdings Corporation** | § | |
| | § | |
| Respondent(s). | § | |

### <u>NOTICE OF HEARING ON MOTION FOR RELIEF OF AUTOMATIC STAY</u>

A hearing will be held on the Motion for Relief from Automatic Stay filed by U.S. Bank

Trust National Association as Trustee for LB-Treehouse Series VI Trust on February 5, 2026 at

1:30pm via WebEx video conferencing using the following:

#### <u>For WebEx Video Participation/Attendance:</u>
Link: https://us-courts.webex.com/meet/jerniga

#### <u>For WebEx Telephonic Only Participation/Attendance:</u>
Dial-In: 1.650.479.3207
Meeting ID: 2304 154 2638

Respectfully submitted,

**ANDERSON VELA, L.L.P**.

4920 Westport Drive

The Colony, Texas 75056

214.276.1545 - Telephone

214.276.1546 - Fax

Email: randerson@AndersonVela.com

**ATTORNEYS FOR MOVANT**

By: /s/ Richard Anderson

    RICHARD E. ANDERSON

    State Bar No. 01209010

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Hearing on the Motion for Relief from Automatic Stay was served on January 7, 2026. The Notice of Hearing on the Motion for Relief from Automatic Stay was filed electronically.  Service was accomplished by the method and to the following as indicated.

/S/ RICHARD E. ANDERSON
Richard E. Anderson

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

<u>DEBTOR</u>
Alleo Holdings Corporation
1200 W Walnut Hill Lane, Ste 3950,
Irving, TX 75038

<u>DEBTOR'S ATTORNEY</u>
Guy H. Holman
8330 Lyndon B Johnson Fwy, Suite 445
Dallas, TX 75243

<u>TRUSTEE</u>
Daniel J. Sherman
509 N. Montclair Avenue
Dallas, TX 75208

<u>U.S. TRUSTEE</u>
US Trustee - Dallas
1100 Commerce Street, Room 976
Dallas, TX 75202

<u>CREDITOR ATTORNEY</u>

/s/ Richard E. Anderson
RICHARD E. ANDERSON