**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ALLEO HOLDINGS CORPORATION,** | § | **CASE NO. 25-32075-SGJ7** |
| Debtor | § | |
| | § | **CHAPTER 7** |
| **WILMINGTON SAVINGS FUND** | § | |
| **SOCIETY, FSB, NOT IN ITS INDIVIDUAL** | § | |
| **CAPACITY BUT SOLELY AS TRUSTEE** | § | **HEARING DATE: February 5, 2026** |
| **FOR IBIS HOLDINGS A TRUST,** | § | |
| Movant, | § | **HEARING TIME: 1:30 PM** |
| vs. | § | |
| | § | |
| **ALLEO HOLDINGS CORPORATION,** | § | |
| Debtor and **DANIEL J. SHERMAN,** | § | |
| **TRUSTEE,** Trustee, | § | |
| Respondents | | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY

**NOTICE: PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL BUILD, U.S. COURTHOUSE, 1100 COMMERCE STREET, 14TH FLOOR, COURTROOM 1, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON JANUARY 22, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust [1], its successors and/or assigns ("Movant"), a secured

---

[1] Fay Servicing, LLC is the servicer of the subject loan. Wilmington Savings Fund Society, FSB, not in its

creditor, to file this *Motion for Relief from Automatic Stay of Act Against Property* ("Motion") against Alleo Holdings Corporation ("Debtor"), and in support thereof Movant would show the Court as follows:

### Jurisdiction

1. On or about June 2, 2025, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code, and Daniel J. Sherman, Trustee was appointed Chapter 7 Trustee.

2. This Court has jurisdiction of this Motion by virtue of 11 U.S.C. §105, 361, 362, and 28 U.S.C. §1334 and 157 and all other applicable rules and statutes affecting the jurisdiction of Bankruptcy Courts generally.

### Debt and Collateral Description

3. A Commercial Promissory Note ("Note") in the original principal amount of $384,000.00 dated September 17, 2024, was executed by Alleo Holdings Corporation ("Debtor") to RNC Capital, LLC ("Lender"). In connection therewith, Debtor executed a Deed of Trust to Lender encumbering certain real property located at 1306 Elby Street, Irving, TX 75061 ("Property"). The Deed of Trust reflects that it was duly recorded.

4. Subsequently, all beneficial interest in the Deed of Trust was assigned and transferred to Movant.

5. On or about August 16, 2024, Debtor executed an agreement to modify the loan.

6. Debtor is in default of the obligations owed to Movant by failing to make the installment payments when due and owing pursuant to the terms of the Note.

---

individual capacity but solely as Trustee for Ibis Holdings A Trust is the current holder of the note.

7. As of December 22, 451.99, the arrearage owed under the Note and Deed of Trust is as follows:

| Payments | | | |
|---|---|---|---|
| **Number of Payments** | **Payment Amount** | **Payment Dates** | **Total** |
| 5 | $3,159.71 | 6/1/2025 to 10/1/2025 | $15,798.55 |
| 2 | $3,326.72 | 11/1/2025 – 12/1/2025 | $6,653.44 |
| *Suspense* | | | *$0.00* |
| **Total Arrearages as of December 22, 2025** | | | **$22,451.99** |

An additional payment will come due on January 1, 2026, and on the 1st day of each month thereafter until the Loan is paid in full.

8. As of December 22, 2025, the approximate payoff amount owed by Debtor was $437,186.15. This sum includes the principal balance, accrued interest, accrued late charges and escrow advances, but does not include attorneys' fees or related costs.

9. The sums set forth in this motion may not include any late charges, escrow advances, attorneys' fees, costs, or other fees and charges that might otherwise be included in the event that a payoff and/or reinstatement quote is requested or provided.

### Lack of Adequate Protection

10. By failing to make the regular monthly installment payments due pursuant to the Note, the Debtor has not adequately protected Movant's interest in the Property. Cause exists therefore for termination of the automatic stay pursuant to 11 U.S.C. § 362(d).

11. According to the appraisal district for the county wherein the Property is located the value of the Property is $342,000.00. As of December 22, 2025, the approximate payoff amount owed by Debtor was $437,186.15. There is no equity in the Property.

12. Movant has no remedy available other than to seek relief from the automatic stay.

13. Movant seeks relief for the purpose of exercising its remedies available under state law, up to and including foreclosure of its mortgage against the Debtor's' interest in the Property.

14. Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to be reimbursed under the terms of the Note.

15. Movant requests that any order granting a motion for relief from automatic stay in accordance with Rule 4001(a)(4) not be stayed until the expiration of fourteen (14) days after the entry of the order.

## Prayer

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that, upon considering this Motion, the automatic stay will be terminated as to Debtor with respect to Movant, thereby permitting Movant to pursue all available remedies to obtain possession and control of the Property to the exclusion of the Debtor. Alternatively, Movant prays that it be afforded adequate protection by: (a) having all payments presently due in this proceeding to Movant brought current; (b) reimbursing Movant for its reasonable attorneys' fees and expenses; and (c) granting Movant such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

By: *Anthony Schroeder*
Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

# CERTIFICATE OF CONFERENCE AND CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, at 2:35 PM, I emailed the Debtor's attorney and Trustee regarding the filing of this Motion and the basis of said Motion. The Trustee is unopposed to this Motion. As of the date of the filing of this Motion, I have not received a response from Debtor's counsel and assume this Motion to be opposed. I hereby certify that I caused a copy of the foregoing *Motion for Relief from Automatic Stay of Act Against Property and Affidavit in Support of Motion for Relief from Automatic Stay of Act Against Property* to be served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on January 8, 2026.

*/s/ Anthony Schroeder*
ANTHONY SCHROEDER

**DEBTOR'S ATTORNEY**
**(via electronic notice)**
Guy Harvey Holman, PLLC
8330 Lyndon B Johnson Fwy
Suite 445
Dallas, TX 75243
gholman@debtreset.net

**DEBTOR**
Alleo Holdings Corporation
1200 W Walnut Hill Lane
Ste 3950
Irving, TX 75038

**TRUSTEE**
**(via electronic notice)**
Daniel J. Sherman, Trustee
509 N. Montclair Ave.
Dallas, TX 75208
djsherman@syllp.com

**U. S. TRUSTEE**
**(via electronic notice)**
U.S. Trustee
Department of Justice
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE**
**(via electronic notice if so designated for receipt of such in CM/ECF)**

BSI Financial Services, Inc.
Jessica Ann Henry
Ghidotti Berger LLP
16801 Addison Road
Suite 350
Addison, TX 75001
jhenry@ghidottiberger.com

Dallas County
Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Sherrel.Knighton@lgbs.com

Irving ISD
Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Sherrel.Knighton@lgbs.com

Jason S. Brookner
Gray Reed & McGraw LLP
1601 Main Street
Suite 4600
Dallas, TX 75201
jbrookner@grayreed.com

NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicing agent for Wilmington Savings Fund Society
Charles Lester Kennon, III
McCalla Raymer Leibert Pierce
1635 Village Center Circle, Ste 130
Las Vegas, NV 89138
Charles.Kennon@mccalla.com

Richardson ISD
Elizabeth Banda Calvo
Perdue Brandon Fielder Collins Mott
500 E. Border St.
Ste 640
Arlington, TX 76010
ebcalvo@pbfcm.com

U.S. Bank Trust National Association
as trustee for Brackenridge Mortgage Trust
Jessica Ann Henry
Ghidotti Berger LLP
16801 Addison Road
Suite 350
Addison, TX 75001
jhenry@ghidottiberger.com

Korth Direct Mortgage Inc.
Scott B. Kitei
Honigman LLP
660 Woodward Ave.
2290 First National Bldg.
Detroit, MI 48226
skitei@honigman.com
(LEAD ATTORNEY)

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Chandra Dianne Pryor
Bonial & Associates PC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
Chandra.Pryor@BonialPC.com

Mary Compary
De Cubas & Lewis, PA
14425 Torrey Chase Blvd
Ste 130
Houston, TX 77014
nicki.compary@decubaslewis.com

Tarrant County
Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Sherrel.Knighton@lgbs.com

U.S. Bank Trust National Association,
as Trustee of LB-Igloo Series VI Trust
Richard E. Anderson
Anderson Vela, LLP
4920 WESTPORT DRIVE
The Colony, TX 75056
randerson@andersonvela.com

Wilmington Savings Fund Society, Fsb, Not In Its Individual Capacity But Solely As Trustee of TRK 2021-Inv2 Trust. Financing: 2021-INV2
Anthony Ismael Santini
Robertson, Anschutz, Schneid, Crane, & Partners PLLC
5601 Executive Dr
Ste 400
Irving, TX 75038
antsantini@raslg.com

| | |
|---|---|
| Mary Compary<br>De Cubas & Lewis, PA<br>14425 Torrey Chase Blvd<br>Ste 130<br>Houston, TX 77014<br>nicki.compary@decubaslewis.com | Wilmington Savings Fund Society, FSB<br>Anthony Ismael Santini<br>Robertson, Anschutz, Schneid, Crane, & Partners PLLC<br>5601 Executive Dr<br>Ste 400<br>Irving, TX 75038<br>antsantini@raslg.com |
| Hannah Ackley<br>Padgett Law Group<br>6267 Old Water Oak Road<br>Ste 203<br>Tallahassee, FL 32312<br>hannah.ackley@padgettlawgroup.com | Seth Greenhill<br>Padgett Law Group<br>6267 Old Water Oak Road, Ste 203<br>Tallahassee, FL 32312<br>SGreenhill@padgettlaw.net |