# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLEO HOLDINGS CORPORATION, | § | CASE NO.  25-32075-SGJ7 |
|     Debtor | § | |
| | § | CHAPTER  7 |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB, NOT IN ITS INDIVIDUAL | § | |
| CAPACITY BUT SOLELY AS TRUSTEE | § | HEARING DATE: February 5, 2026 |
| FOR IBIS HOLDINGS A TRUST, | § | |
|     Movant, | § | HEARING TIME: 1:30 PM |
| vs. | § | |
| | § | |
| ALLEO HOLDINGS CORPORATION, | § | |
| Debtor and DANIEL J. SHERMAN, | § | |
| TRUSTEE, Trustee, | § | |
|     Respondents | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM
## AUTOMATIC STAY OF ACT AGAINST PROPERTY

The Court having considered the *Motion for Relief from Automatic Stay of Act Against*

*Property* filed in this bankruptcy proceeding by Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust[1], its successors and/or assigns ("Movant"), and having reviewed the file herein and finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be, and the same hereby is, granted.

**IT IS, THEREFORE, ORDERED** that the automatic stay is hereby terminated as to the Debtors with respect to Movant, to take any all steps necessary to exercise any and all statutory and contractual rights it may have in the property located at 1306 Elby Street, Irving, TX 75061, and more fully described as follows:

> The South 70 feet of Lot 3, in Block F of FIRST INSTALLMENT OF MEADOWBROOK ESTATES NO. 9, an Addition to the City of Irving, Dallas County, Texas, according to the map or plat thereof recorded in Volume 42, page 151 of Plat Records of Dallas County, Texas.

**IT IS FURTHER ORDERED** that Movant may exercise its remedies available under state law, including foreclosure of its mortgage against the Debtor's interest in the Property and, in exercising those rights, Movant may contact the Debtor by telephone or by written correspondence. Movant may at its option offer, provide and enter into a forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee may cease making distributions upon any claim or claims filed by Movant in connection with the Property to which the automatic stay has been terminated.

**IT IS FURTHER ORDERED** that the enforcement of this order shall not be stayed until the expiration of fourteen (14) days after the entry of this order, but rather can be enforced upon entry and the requirements of Rule 4001(a)(4) are waived.

###END OF ORDER###

---

[1] **Error! Main Document Only.** Fay Servicing, LLC is the servicer of the subject loan. Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust is the current holder of the note.

This order was prepared and submitted by:

By: *Anthony Schroeder*
Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

*Mailing Address*
3333 Camino del Rio South
Suite 225
San Diego CA 92108