THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLEO HOLDINGS CORPORATION, | § | CASE NO. 25-32075-SGJ7 |
| Debtor | § | |
| | § | CHAPTER 7 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST, | § | |
| Movant, | § | |
| vs. | § | |
| ALLEO HOLDINGS CORPORATION, Debtor and DANIEL J. SHERMAN, TRUSTEE, Trustee, | § | |
| Respondents | § | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY

THE STATE OF __Texas__    §
COUNTY OF __Dallas__    §

    __Kimberly N. Wright__ being duly sworn deposes and says:

1. My name is __Kimberly N. Wright__. I am __Assistant Vice President-Bankruptcy__ for Fay Servicing, LLC ("Fay Servicing, LLC") as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust ("Movant") In such capacity, I am authorized and qualified to make this affidavit on behalf of Movant. I have access to Movant's books and records with regard to the Debtor's loan. I am familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are kept in the regular course of business and are managed by employees and agents whose duty is to keep the books and records accurately and completely and to record each act,

event, opinion, diagnosis or item at or near the time of the event or item so noted.

2. According to Movant's books and records, the Loan is evidenced by a Commercial Promissory Note executed by Alleo Holdings Corporation ("Debtor") and dated September 17, 2024, in the original principal amount of $384,000.00 (the "Note").

3. Movant's records reflect that Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust holds and is in possession of the original Note. The Note is endorsed and payable in blank.

4. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 1306 Elby Street, Irving, TX 75061 (the "Property"). The Deed of Trust reflects that it was duly recorded.

5. Subsequently, all beneficial interest in the Deed of Trust was assigned and transferred to Movant.

6. On or about August 16, 2024, Debtor executed an agreement to modify the loan.

7. True and correct copies of the loan documents relating to the real property commonly known as 1306 Elby Street, Irving, TX 75061, along with any other documents pertinent to the prosecution of this Motion, are attached hereto as Exhibit "A" and incorporated herein for all purposes. Exhibit "A" contains the following documents:

* Note;
* Deed of Trust; and
* Assignment of Deed of Trust, if applicable
* Extension and Modification Agreement

8. As of December 22, 2025, the payment arrearages owed under the Note and Deed of Trust are as follows:

| Payments | | | |
|---|---|---|---|
| **Number of Payments** | **Payment Amount** | **Payment Dates** | **Total** |
| 5 | $3,159.71 | 6/1/2025 to 10/1/2025 | $15,798.55 |
| 2 | $3,326.72 | 11/1/2025 – 12/1/2025 | $6,653.44 |
| *Suspense* | | | *$0.00* |
| **Total Arrearages as of December 22, 2025** | | | **$22,451.99** |

An additional payment will come due on January 1, 2026, and on the 1st day of each month thereafter

until the Loan is paid in full.

9. The sums set forth in this affidavit may not include any late charges, escrow advances, attorneys' fees, costs, or other fees and charges that might otherwise be included in the event that a payoff and/or reinstatement quote is requested or provided.

10. As of December 22, 2025, the approximate payoff amount owed by Debtor was $437,186.15. This sum includes principal balance, accrued interest, accrued late charges and escrow advances but does not include attorneys' fees incurred in connection with this bankruptcy case.

11. The filing of this Motion necessitated that Movant retain counsel to represent it before this Court, and Movant is incurring legal expenses and attorneys' fees for handling the *Motion for Relief from Automatic Stay of Act Against Property* for which it is entitled to reimbursement under the terms of the Note.

12. The foregoing facts are based upon Movant's books and records, and if called upon to appear as a witness, I could, and would, testify competently thereto. I declare that the foregoing facts are true and correct.

By: _____

Print Name: Kimberly N. Wright

Title: Assistant Vice President

SUBSCRIBED AND SWORN TO BEFORE ME, on January 7th, 2026.

My commission expires: May 24, 2027

_____
NOTARY PUBLIC

Irma C Venegas
(Printed Name of Notary Public)

IRMA C. VENEGAS
My Notary ID # 130670665
Expires May 26, 2027