**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLEO HOLDINGS CORPORATION, | § | CASE NO. 25-32075-SGJ7 |
|     Debtor | § | |
| | § | CHAPTER 7 |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB, NOT IN ITS INDIVIDUAL | § | |
| CAPACITY BUT SOLELY AS TRUSTEE | § | HEARING DATE: February 5, 2026 |
| FOR IBIS HOLDINGS A TRUST, | § | |
|     Movant, | § | HEARING TIME: 1:30 PM |
| vs. | § | |
| | § | |
| ALLEO HOLDINGS CORPORATION, | § | |
| Debtor and DANIEL J. SHERMAN, | § | |
| TRUSTEE, Trustee, | § | |
|     Respondents | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Motion for Relief from Automatic Stay of Act Against Property* filed by Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust, has been set for hearing on the docket of The Chief Bankruptcy Jud Stacey G Jernigan, United States Bankruptcy Judge, in the United States Courthouse, Earle Cabell Federal Building 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, TX 75242 on February 5, 2026, at 1:30 p.m. Preliminary hearings on Motions for Relief from Stay will be heard by WebEx video conferencing at https://us-courts.webex.com/meet/jerniga.

Respectfully Submitted,

By: *Anthony Schroeder*

Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Notice of Hearing* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on January 8, 2026.

By: *Anthony Schroeder*
Anthony Schroeder

**ATTORNEY FOR Debtor**
**(via electronic notice)**
Guy Harvey Holman, PLLC
8330 Lyndon B Johnson Fwy
Suite 445
Dallas, TX 75243
gholman@debtreset.net

**Debtor**
Alleo Holdings Corporation
1200 W Walnut Hill Lane
Ste 3950
Irving, TX 75038

**TRUSTEE**
**(via electronic notice)**
Daniel J. Sherman, Trustee
509 N. Montclair Ave.
Dallas, TX 75208
djsherman@syllp.com

**U. S. TRUSTEE**
**(via electronic notice)**
U.S. Trustee
Department of Justice
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE AND/OR EFFECTED PARTIES**
**(via electronic notice if so designated for receipt of such in CM/ECF)**

BSI Financial Services, Inc.
Jessica Ann Henry
Ghidotti Berger LLP
16801 Addison Road
Suite 350
Addison, TX 75001
jhenry@ghidottiberger.com

Dallas County
Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Sherrel.Knighton@lgbs.com

Irving ISD
Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Sherrel.Knighton@lgbs.com

Korth Direct Mortgage Inc.
Scott B. Kitei
Honigman LLP
660 Woodward Ave.
2290 First National Bldg.
Detroit, MI 48226
skitei@honigman.com
(LEAD ATTORNEY)

Jason S. Brookner
Gray Reed & McGraw LLP
1601 Main Street
Suite 4600
Dallas, TX 75201
jbrookner@grayreed.com

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Chandra Dianne Pryor
Bonial & Associates PC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
Chandra.Pryor@BonialPC.com

NewRez LLC d/b/a Shellpoint Mortgage Servicing
as servicing agent for Wilmington Savings Fund Society
Charles Lester Kennon, III
McCalla Raymer Leibert Pierce
1635 Village Center Circle
Ste 130
Las Vegas, NV 89138
Charles.Kennon@mccalla.com

Mary Compary
De Cubas & Lewis, PA
14425 Torrey Chase Blvd
Ste 130
Houston, TX 77014
nicki.compary@decubaslewis.com

Richardson ISD
Elizabeth Banda Calvo
Perdue Brandon Fielder Collins Mott
500 E. Border St.
Ste 640
Arlington, TX 76010
ebcalvo@pbfcm.com

Tarrant County
Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
Sherrel.Knighton@lgbs.com

U.S. Bank Trust National Association
as trustee for Brackenridge Mortgage Trust
Jessica Ann Henry
Ghidotti Berger LLP
16801 Addison Road
Suite 350
Addison, TX 75001
jhenry@ghidottiberger.com

U.S. Bank Trust National Association,
as Trustee of LB-Igloo Series VI Trust
Richard E. Anderson
Anderson Vela, LLP
4920 WESTPORT DRIVE
The Colony, TX 75056
randerson@andersonvela.com

WILMINGTON SAVINGS FUND SOCIETY, FSB,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF TRK 2021-INV2
TRUST. FINANCING: 2021-INV2
 by
Anthony Ismael Santini
Robertson, Anschutz, Schneid, Crane, & Partners PLLC
5601 Executive Dr
Ste 400
Irving, TX 75038
antsantini@raslg.com

Mary Compary
De Cubas & Lewis, PA
14425 Torrey Chase Blvd
Ste 130
Houston, TX 77014
nicki.compary@decubaslewis.com

Wilmington Savings Fund Society, FSB
Anthony Ismael Santini
Robertson, Anschutz, Schneid, Crane, & Partners PLLC
5601 Executive Dr
Ste 400
Irving, TX 75038
antsantini@raslg.com

Hannah Ackley
Padgett Law Group
6267 Old Water Oak Road
Ste 203
Tallahassee, FL 32312
hannah.ackley@padgettlawgroup.com

Seth Greenhill
Padgett Law Group
6267 Old Water Oak Road, Ste 203
Tallahassee, FL 32312
SGreenhill@padgettlaw.net